UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ANDRES Q.R.,                                                Case No. 26-CV-1307 (PJS/ECW)

      Petitioner,

v.                                                                      ORDER

KRISTI NOEM, Secretary, U.S.
Department of Homeland Security;
TODD M. LYONS, Acting Director of
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Acting Director
of Enforcement and Removal Operations,
St. Paul Field Office, Immigration and
Customs Enforcement; PAMELA
BONDI, U.S. Attorney General;
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW; RYAN SHEA,
Warden, ERO Freeborn County Detention
Facility, Albert Lea, Minnesota,

      Respondents.

---

Kimberly Woods, KHANH NGUYEN LAW OFFICE, for petitioner.

Friedrich A.P. Siekert, UNITED STATES ATTORNEY'S OFFICE, for all respondents except Ryan Shea.

This matter is before the Court on petitioner Andres Q.R.'s verified petition for a writ of habeas corpus.[1]  Andres is a citizen of Mexico who entered the United States without inspection in 2000.  V. Pet. ¶¶ 13, 34.  On February 4, 2026, immigration

---

[1]Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by first name and last initial.

authorities arrested Andres without a warrant. *Id.* ¶ 10. Andres brought a previous habeas action on the date of his arrest, which Judge Eric Tostrud denied without prejudice because the basis of his claims was unclear. *See Andres R. v. Noem*, 26-CV-1033 (ECT/EMB), ECF No. 9. In his new petition, Andres has clarified that he contends that he is not "seeking admission" within the meaning of 8 U.S.C. § 1225(b)(2) and is therefore not subject to detention under that statute and further that he is entitled to relief as a member of the certified class in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873 (SSS/BFM), 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).

On February 10, 2026, the Court ordered respondents to "file an answer to the petition for a writ of habeas corpus of petitioner Andres Q.R. by no later than February 13, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case." ECF No. 4. Respondents did not comply and have therefore failed to show cause why the writ should not be granted. The Court will therefore grant Andres's habeas petition and order respondents to release him under the same conditions as his previous order of release.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

-2-

1.      Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2.      Respondents must release petitioner from custody no later than 12:00 pm on February 16, 2026, subject to the same conditions as his previous order of release.  If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing him.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 14, 2026

Patrick J. Schiltz, Chief Judge
United States District Court