# UNITED STATES DISTRICT COURT

## District of Minnesota

Andres Quintero Rosales,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Executive Office for Immigration Review, Ryan Shea,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv1307 PJS/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. Respondents must release petitioner from custody no later than 12:00 pm on February 16, 2026, subject to the same conditions as his previous order of release. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing him.

Date: 2/14/26

KATE M. FOGARTY, CLERK